IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DEANDRE RISER                                                                                          PLAINTIFF

V.                                                                                              NO. 4:10CV150-P-S

DANNY R. SCOTT, et al.                                                                       DEFENDANTS

FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is DISMISSED with prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Plaintiff has also earned one strike under the three strikes provision of 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

THIS the 20th day of December, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE